UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
SEANA CROMITIE,
                           Plaintiff,

            -against-

WOODCRAFT SUPPLY, LLC,
                         Defendant.
------------------------------------------------------------X

22 Civ. 6886 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an Order issued August 23, 2022, scheduled the initial pretrial conference in this matter for October 12, 2022, at 4:00 p.m. The parties submitted a joint letter and proposed case management plan on October 4, 2022.

    WHEREAS, no significant issues were raised in the materials. It is hereby

    **ORDERED** that the October 12, 2022, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

    **ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a joint letter on ECF requesting a referral.

    The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: October 5, 2022
       New York, New York

                                                     LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE